# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIM R. HOGAN

NO. 2021 KW 1623

**MARCH 28, 2022**

---

In Re:   Kim R. Hogan, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 387,357.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT